# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00064-CV

**In re Thomas Hollowell**

## ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Thomas Hollowell filed a petition for writ of mandamus, seeking to compel the trial court to act on his pending application for writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.072 (West 2005). The trial court has since filed a response reflecting that it has taken the requested action. Accordingly, the petition for writ of mandamus is dismissed as moot.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Filed:   April 8, 2011